**Motion Granted; Order filed October 25, 2018**



In The

# Fourteenth Court of Appeals

———————

NO. 14-16-00502-CV

———————

**DONALD KILPATRICK, INDIVIDUALLY AND AS ASSIGNEE OF CAUSES OF ACTION OF JEREMY DICKS, Appellants**

**V.**

**ERIC L. ESTES, ADRIANA POTOCZNIAK, ET AL AND DUETSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-OPT5 ASSET-BACKED CERTIFICATES SERIES 2006-OPT5, HOMEWARD RESIDENTIAL, INC F/K/A AMERICAN HOME MORTGAGE SERVICING, INC.,**
**Appellees**

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-31821A**

## ORDER

Appellant's brief was originally due August 20, 2018. We granted an extension of time to file appellant's brief until October 19, 2018. When we granted

the extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On October 19, 2018, appellant filed a further request for extension of time to file appellant's brief. We grant the request and issue the following order.

We order appellant to file a brief with the clerk of this court on or before **November 18, 2018**. If appellant does not timely file the brief as ordered, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM